In the Matter of the Claim of Tom ALAGNA, Respondent, against THE EUREKA SPRING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— By consent in open court, the award is modified by fixing the wage rate at twenty-eight dollars per week, and weekly payment at eighteen dollars and sixty-six and two-thirds cents, and as so modified the award is unanimously affirmed without costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of GEORGE STIEFVATER, Respondent, against A. WAYNE WOOD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of RICHARD HARRIS, Respondent, against L. I. COLOR AND CHEMICAL CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of THOMAS H. KEMP, Respondent, against PENNSYLVANIA RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of MINNIE RIETDORF, Respondent, against Successor to GROSSMAN BROS. & ROSENBAUM, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to support the finding that death was caused from an injury to the back. Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

FRANK W. ROOSA, Respondent, v. MARGARET BOGGS and Another, Appellants. — Order unanimously affirmed, without costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

BERTHA BOHRER, as Administratrix, etc., of ROBERT BOHRER, Deceased, Appellant, v. ELSIE MOENCH, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE MERCHANTS NATIONAL BANK OF PLATTSBURG, N. Y., Respondent, v. HOME DEPOSIT COMPANY OF AMERICA, INCORPORATED and MAURICE SCHIFF, INC., Defendants. ISAAC B. TREISTER, Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN GRZESKIEWICZ, Alias BEN GREGORY, Alias CHARLES CASPER, Appellant.— Judgment of conviction unanimously affirmed. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.